UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MS. TIGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAWS ANIMAL ADOPTION )<br>CENTER, et al., )<br>)<br>Defendants. ) | 2:24-cv-00349-SDN |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On February 11, 2025, the United States Magistrate Judge filed with the Court, with a copy mailed to Plaintiff Ms. Tiger, his Recommended Decision after a preliminary review of Plaintiff's complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 14). The Magistrate Judge recommended the Court dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). *See id.* Plaintiff filed an objection to the Recommended Decision on March 6, 2025, Obj. to Recommendation (ECF No. 17), and Plaintiff amended her objection on March 18, 2025, Amend. Obj. to Recommendation (ECF No. 18).

I have reviewed and considered the Recommended Decision and Plaintiff's amended objection, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations of the Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915 and 28 U.S.C. § 1915A, Plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

Dated this 13th day of June, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**
